UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20233-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**SHAKERIO MICHAEL JONES**,

    Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court on Magistrate Judge Melissa Damian's Report and Recommendation on Change of Plea, entered on September 22, 2023 [ECF No. 25]. To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 25]** is **AFFIRMED AND ADOPTED**, and Defendant's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 28th day of September, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Magistrate Judge Melissa Damian